UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT DAVID BECKLEY,

        v.        C.A. No. 04-10906-RWZ

BROWNING FERRIS INDUSTRIES, ET AL.,

_____

ROBERT DAVID BECKLEY,

        v.        C.A. No. 04-10909-RWZ

CITY OF BOSTON, ET AL.,

## ORDER

June 23, 2004

In an order dated May 29, 2004, plaintiff was directed to file new applications to proceed without prepayment of the filing fee with a certified prison account statement within 42 days. On June 4, 2004, the filing fee for both of these actions was remitted.

ACCORDINGLY, the Clerk shall issue summonses for each of the named defendants in each of these actions and shall forward the summonses to plaintiff so that he may effect service of the complaint on the defendants in accordance with Fed. R. Civ. 4. For purposes of Fed. R. Civ. P. 4(m), service of the summons and complaint shall be completed within 120 days of the date the summonses are issued.

SO ORDERED.

                              s/ Rya W. Zobel
                              RYA W. ZOBEL
                              UNITED STATES DISTRICT JUDGE