RE: Beckley v. Bissell; Beckley v. [illegible]   Status

Dear Mr. Anastas:

I am writing [illegible]
of the [illegible]
your court. I would [illegible]
[illegible]
to be [illegible] you
[illegible]
motion. Please cc my mother, as
[illegible] as I'm frequently transferred
[illegible]
cases?

Sincerely,

[signature]

Robert Beckley, Pro Se
21831-057
FCI Fairton
PO Box 420
[illegible] NJ 08320

&

Doris Beckley
[illegible]
[illegible]

enclosed,
find my
commissary balance
for the [illegible].
[illegible]

FILED
CLERKS OFFICE
2004 JUN 17 P 12:31
U.S. DISTRICT COURT
DISTRICT OF MASS

Date: 06/10/2004  
Time: 2:45:32 pm  

Federal Bureau of Prisons  
TRUFACS  
**Inmate Transaction Receipt**  
Limited Official Use  

Facility: FAI

*FILED CLERKS OFFICE 2004 JUN 17 P 12: 31 U.S. DISTRICT COURT DISTRICT OF MASS* (stamp)

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 21828057 | Living Quarters: | Z02-139LDS |
| **Inmate Name:** | **BECKLEY, ROBERT DAVID** | Arrived From: | |
| Current Site Name: | Fairton FCI | Transferred To: | |
| **Housing Unit:** | **DL** | Account Creation Date: | 4/15/2003 |

### Transaction Details

| Date | Transaction Type | Fund Source Type | Sender Last Name | Ref# | Pymt# | Beginning Balance | Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| 06/10/2004 | Local Collecti | PMO/Other NO Hol | UNKNOWN | 11405 | | $32.29 | $25.00 | $57.29 |

| | |
|---|---|
| Current Account Balance : | $57.29 |
| Current Pre-Release Balance : | $0.00 |
| Current Outstanding Negotiable Instrument Balance : | $0.00 |
| Current Encumbered Balance : | $0.00 |
| Current Administrative Hold Balance : | $0.00 |
| Current Available Balance : | $57.29 |