UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT DAVID BECKLEY,

            v.            C.A. No. 04-10906-RWZ

BROWNING FERRIS INDUSTRIES, ET AL.,

---

ROBERT DAVID BECKLEY,

            v.            C.A. No. 04-10909-RWZ

CITY OF BOSTON, ET AL.

ORDER ON APPLICATIONS TO
PROCEED WITHOUT PREPAYMENT OF FEES

July 19, 2004

ZOBEL, D.J.

On July 9, 2004, plaintiff Robert Beckley submitted an application to proceed without prepayment of fees in each of these actions. Because Beckley has paid the filing fee in each action, I deny each application as moot.

SO ORDERED.

                                        s/ Rya W. Zobel
                                        UNITED STATES DISTRICT JUDGE