AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

ROBERT DAVID BECKLEY

V.

BROWNING FERRIS
INDUSTRIES, ET AL.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-11906-RWZ

TO: (Name and address of Defendant)

Browning Ferris Industries of North America
BFI Division of North America
320 Charger Street
Revere, MA 02151

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert David Beckley, pro se
c/o Karen Beckley
277 Concord
Bedford, MA 01730

an answer to the complaint which is herewith served upon you, within     20     days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

6/23/04

DATE

(By) DEPUTY CLERK

≈AO

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*   July 23, 2004

I hereby certify and return that on 7/15/2004 at 9:26AM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to Jane Doe, for Browning Ferris Industries Of North Americ, at , 320 Charger Street, BFI Division Of North America Revere, MA 02151. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $41.00

Deputy Sheriff   Robert Foscaldo

_____
Deputy Sheriff

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
              Date                Signature of Server

_____
Address of Server



(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.