# UNITED STATES DISTRICT COURT

District of    MASSACHUSETTS

ROBERT DAVID BECKLEY

V.    SUMMONS IN A CIVIL CASE

BROWNING FERRIS
INDUSTRIES, ET AL.

CASE NUMBER: 04-11906-RWZ

TO: (Name and address of Defendant)

Mr. Gino Dugan, General Manager
BFI Division of North America
320 Charger Street
Revere, MA 02151

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert David Beckley, pro se
c/o Karen Beckley
277 Concord
Bedford, MA 01730

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

6/23/04

DATE



AO 440 (Rev. 10/93) Summons in a Civil Action



**Suffolk County Sheriff's Department • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999**

*Suffolk, ss.*

July 23, 2004

I hereby certify and return that on 7/15/2004 at 9:26AM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to Jane Doe, for Gino Dugan, Mr. General Manager, at , 320 Charger Street, BFI Division Of North America Revere, MA 02151. Basic Service Fee (IH) ($30.00), Conveyance ($3.00), Travel ($5.12), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $44.12

Deputy Sheriff   Robert Foscaldo

_____
Deputy Sheriff

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
              Date                    Signature of Server

_____
Address of Server



(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.