UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT DAVID BECKLEY,<br>    Plaintiff<br><br>v.<br><br>BROWNING FERRIS INDUSTRIES<br>("BFI") OF NORTH AMERICA,<br>THOMAS H. VAN WEELEN, CEO BFI<br>OF NORTH AMERICA, IN HIS<br>PROFESSIONAL AND INDIVIDUAL<br>CAPACITIES,<br>PETER HUTCHINGS, TRUCK DRIVER<br>BFI, NORTH AMERICA, IN HIS<br>PROFESSIONAL AND INDIVIDUAL<br>CAPACITIES,<br>GINO DUGAN, BFI GENERAL<br>MANAGER IN HIS PROFESSIONAL<br>AND INDIVIDUAL,<br>JOHN DOE,<br>    Defendants | DOCKET NO: 04-11906-RWZ |

## ANSWER AND JURY DEMAND OF DEFENDANT, PETER HUTCHINGS, TO COUNTS II, III, IV, V, VII AND VIII OF THE PLAINTIFF'S COMPLAINT

### FIRST DEFENSE

Each Count of the plaintiff's Complaint fails to state a cause of action upon which relief can be granted.

### SECOND DEFENSE

The defendant, Peter Hutchings, responds to the allegations contained in the plaintiff's Complaint paragraph by paragraph as follows:

### Introduction

The defendant denies the allegations contained in this paragraph.

933210v1

## Jurisdiction

1. The defendant denies the allegations contained in this paragraph.

2. The defendant denies the allegations contained in this paragraph.

## Parties

3. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

4. The defendant states that this paragraph contains allegations which refer to other co-defendants, and, therefore, no response is required. To the extent that this paragraph contains allegations with regard to the defendant, the defendant denies the allegations.

5. The defendant denies the allegations contained in this paragraph.

6. The defendant states that this paragraph contains allegations which refer to other co-defendants, and, therefore, no response is required. To the extent that this paragraph contains allegations with regard to the defendant, the defendant denies the allegations.

7. The defendant states that this paragraph contains allegations which refer to other co-defendants, and, therefore, no response is required. To the extent that this paragraph contains allegations with regard to the defendant, the defendant denies the allegations.

8. The defendant states that this paragraph contains allegations which refer to another co-defendant, and, therefore, no response is required. To the extent that this paragraph contains allegations with regard to the defendant, the defendant denies the allegations. .

9. The defendant states that this paragraph contains allegations which refer to another co-defendant, and, therefore, no response is required. To the extent that this paragraph contains allegations with regard to the defendant, the defendant denies the allegations. .

10. The defendant states that this paragraph contains allegations which refer to other co-defendants, and, therefore, no response is required. To the extent that this paragraph contains allegations with regard to the defendant, the defendant denies the allegations.

## Facts

11. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

12. The defendant denies the allegations contained in this paragraph.

13. The defendant denies the allegations contained in this paragraph.

14. The defendant denies the allegations contained in this paragraph.

15. The defendant denies the allegations contained in this paragraph.

16. The defendant denies the allegations contained in this paragraph.

17. The defendant denies the allegations contained in this paragraph.

18. The defendant denies the allegations contained in this paragraph.

19. The defendant denies the allegations contained in this paragraph.

20. The defendant denies the allegations contained in this paragraph.

21. The defendant denies the allegations contained in this paragraph.

22. The defendant denies the allegations contained in this paragraph.

23. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

933210v1

24. The defendant denies the allegations contained in this paragraph.

25. The defendant denies the allegations contained in this paragraph.

26. The defendant is without knowledge or information sufficient to form a belief

### Count II: Violation of Mass. Civil Rights Act, M.G.L. c. 12, sec. 11B

35. The defendant incorporates as if fully set forth herein his responses to paragraphs 1 through 26 of the Complaint and all of his affirmative defenses.

36. To the extent that this paragraph refers to other co-defendants, no response is required. To the extent that this paragraph refers to defendant Peter Hutchings, defendant denies the allegations.

37. The defendant denies the allegations contained in this paragraph.

38. The defendant denies the allegations contained in this paragraph.

39. The defendant states that this paragraph refers to other co-defendants, and, therefore, no response is required.

40. The defendant denies the allegations contained in this paragraph.

41. To the extent that this paragraph refers to other co-defendants, no response is required. To the extent that this paragraph refers to defendant Peter Hutchings, defendant denies the allegations.

### Count III: Assault

42. The defendant incorporates as if fully set forth herein his responses to paragraphs 1 through 26 and 35 through 41 of the Complaint and all of his affirmative defenses.

43. The defendant denies the allegations contained in this paragraph.

44. The defendant denies the allegations contained in this paragraph.

933210v1

45. The defendant states that this paragraph refers to other co-defendants, and, therefore, no response is required.

### Count IV: Intentional Infliction of Emotional Distress

46. The defendant incorporates as if fully set forth herein his responses to paragraphs 1 through 26 and 35 through 45 of the Complaint and all of his affirmative defenses.

47. To the extent that this paragraph refers to other co-defendants, no response is required. To the extent that this paragraph refers to defendant Peter Hutchings, defendant denies the allegations.

48. The defendant denies the allegations contained in this paragraph.

49. To the extent that this paragraph refers to other co-defendants, no response is required. To the extent that this paragraph refers to defendant Peter Hutchings, defendant denies the allegations.

50. The defendant denies the allegations contained in this paragraph.

51. The defendant denies the allegations contained in this paragraph.

52. To the extent that this paragraph refers to other co-defendants, no response is required. To the extent that this paragraph refers to defendant Peter Hutchings, defendant denies the allegations.

53. The defendant states that this paragraph refers to other co-defendants, and, therefore, no response is required.

54. To the extent that this paragraph refers to other co-defendants, no response is required. To the extent that this paragraph refers to defendant Peter Hutchings, defendant denies the allegations.

933210v1

### Count V: Negligent Infliction of Emotional Distress

55. The defendant incorporates as if fully set forth herein his responses to paragraphs 1 through 26 and 35 through 54 of the Complaint and all of his affirmative defenses.

56. The defendant denies the allegations contained in this paragraph.

57. The defendant denies the allegations contained in this paragraph.

58. The defendant denies the allegations contained in this paragraph.

59. The defendant denies the allegations contained in this paragraph.

60. The defendant denies the allegations contained in this paragraph.

61. The defendant states that this paragraph refers to other co-defendants, and, therefore, no response is required.

62. To the extent that this paragraph refers to other co-defendants, no response is required. To the extent that this paragraph refers to defendant Peter Hutchings, defendant denies the allegations

### Count VII: Negligence

66. The defendant incorporates as if fully set forth herein his responses to paragraphs 1 through 26 and 35 through 65 of the Complaint and all of his affirmative defenses.

67. The defendant states that this paragraph refers to other co-defendants, and, therefore, no response is required.

68. The defendant denies the allegations contained in this paragraph.

69. The defendant denies the allegations contained in this paragraph.

70. The defendant states that this paragraph refers to other co-defendants, and, therefore, no response is required.

### Count VIII: Battery

71. The defendant incorporates as if fully set forth herein his responses to paragraphs 1 through 26 and 35 through 70 of the Complaint and all of his affirmative defenses.

72. The defendant denies the allegations contained in this paragraph.

73. The defendant denies the allegations contained in this paragraph.

74. The defendant states that this paragraph refers to other co-defendants, and, therefore, no response is required.

### AFFIRMATIVE DEFENSES

### THIRD DEFENSE

The defendant denies each and every allegation of the plaintiff's Complaint except as specifically admitted above.

### FOURTH DEFENSE

By way of affirmative defense, the defendant states that the action is barred by the applicable statute of limitations.

### FIFTH DEFENSE

By way of affirmative defense, the defendant states that the negligence of the plaintiff, Robert Beckley, was greater than the alleged negligence of the defendant, that such negligence of the plaintiff, Robert Beckley, contributed to his alleged injuries and, therefore, the plaintiff, Robert Beckley, is barred from recovery under M.G.L. c.231, §85.

### SIXTH DEFENSE

By way of affirmative defense, the defendant states that the plaintiff, Robert Beckley, was guilty of comparative negligence and that the damage, if any, recovered by

the plaintiff, Robert Beckley, from the defendant should be reduced in proportion to the said negligence of the plaintiff, Robert Beckley, in accordance with M.G.L. c.231, §85.

### SEVENTH DEFENSE

By way of affirmative defense, the defendant states that at the time of the alleged incident, the plaintiff, Robert Beckley, was guilty of a violation of law which caused or contributed to the alleged accident.

### EIGHTH DEFENSE

By way of affirmative defense, the defendant states that if the plaintiff, Robert Beckley, was injured, it was as a result of plaintiff, Robert Beckley's, breach of his duty to exercise a high degree of care to protect and ensure his own safety.

### NINTH DEFENSE

By way of affirmative defense, the defendant states that the injuries alleged were caused in whole or in part by the negligence of the plaintiff, Robert Beckley

### TENTH DEFENSE

By way of affirmative defense, the defendant is guilty of no negligence.

### ELEVENTH DEFENSE

By way of affirmative defense, the defendant states that this action shall be dismissed for insufficiency of process.

### TWELFTH DEFENSE

By way of affirmative defense, the defendant states that the plaintiff has failed to mitigate his alleged damages.

### THIRTEENTH DEFENSE

The defendant states that this action shall be dismissed for lack of jurisdiction.

### FOURTEENTH DEFENSE

By way of affirmative defense, the defendant states that he was justified in his conduct and acts, and is, therefore, not liable to the plaintiff as alleged in the Complaint.

### FIFTEENTH DEFENSE

By way of affirmative defense, the defendant states that his acts and conduct were performed according to, and protected by, law and/or legal process and that therefore, the plaintiff cannot recover.

### SIXTEENTH DEFENSE

By way of affirmative defense, the defendant states that immediately preceding the alleged assault and battery, the plaintiff wrongfully provoked the defendant.

### SEVENTEENTH DEFENSE

By way of affirmative defense, the defendant states he was not acting under color of state law at the time of the alleged incident.

### JURY CLAIM

THE DEFENDANT DEMANDS A JURY TRIAL ON ALL ISSUES RAISED IN HIS ANSWER.

Defendant
**Peter Hutchings**
By His Attorneys,

_____
Lee Stephen MacPhee BBO#312400
Shannon M. Lynch BBO #630943
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

I certify that this document has been served upon all counsel of record in compliance with the F.R.C.P.

_____

9

933210v1