UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT DAVID BECKLEY,<br>    Plaintiff<br><br>v.<br><br>BROWNING FERRIS INDUSTRIES<br>("BFI") OF NORTH AMERICA,<br>THOMAS H. VAN WEELEN CEO BFI OF<br>NORTH AMERICA, IN HIS<br>PROFESSIONAL AND INDIVIDUAL<br>CAPACITIES,<br>PETER HUTCHINGS, TRUCK DRIVER<br>BFI, NORTH AMERICA, IN HIS<br>PROFESSIONAL AND INDIVIDUAL<br>CAPACITIES,<br>GINO DUGAN, BFI GENERAL<br>MANAGER IN HIS PROFESSIONAL<br>AND INDIVIDUAL,<br>JOHN DOE,<br>    Defendants | DOCKET NO: 04-11906-RWZ |

## MOTION TO DISMISS

Now comes the **Defendant Thomas H. Van Weelden** (incorrectly named in the Plaintiff's complaint as "Thomas H. Van Weelen"), and respectfully moves this Honorable Court to dismiss **all of plaintiff's claims (Counts I-VIII)** against him pursuant to Fed. R. Civ P. 12(b)(2) and 12(b)(6). **Defendants, Browning Ferris Industries of North America (so-called) ("BFI")** and **Gino Dugan**, respectfully move to dismiss **all claims (Counts I-VIII)** against them pursuant to Fed. R. Civ P. 12(b)(6). **Defendant Peter Hutchings** respectfully moves to dismiss **Counts I and VI** against him pursuant to Fed. R. Civ. P. 12(b)(6) and has answered the remaining claims (Counts II, III, IV, V, VII and VIII) against him.

933210v1

In support of this Motion, the defendants submit a Memorandum of Law.

For the reasons set forth in greater detail in the Memorandum of Law, the defendants respectfully request that this Court **ALLOW** this Motion. **Defendant Thomas H. Van Weelden** (incorrectly named in the Plaintiff's complaint as "Thomas H. Van Weelen"), and respectfully requests this Honorable Court to dismiss **all of plaintiff's claims (Counts I-VIII)** against him pursuant to Fed. R. Civ P. 12(b)(2) and 12(b)(6). **Defendants, Browning Ferris Industries of North America (so-called) ("BFI") and Gino Dugan,** request this Honorable Court to dismiss **all claims (Counts I-VIII)** against them pursuant to Fed. R. Civ P. 12(b)(6). **Defendant Peter Hutchings** requests this Honorable Court to dismiss **Counts I and VI** against him pursuant to Fed. R. Civ. P. 12(b)(6).

### REQUEST FOR ORAL ARGUMENT PURSUANT TO LOCAL RULE 7.1(D)

Defendants,
**Browning Ferris Industries ("BFI") of North America,**
**Thomas H. Van Weelden, CEO**
**Peter Hutchings and**
**Gino Dugan**
By their Attorneys,

_____
Lee Stephen MacPhee BBO#312400
Shannon M. Lynch BBO #630943
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

I certify that this document has been served upon all counsel of record in compliance with the F.R.C.P.

_____

933210v1

## **L.R.D. MASS. 7.1(A)(2) CERTIFICATION**

  I, Shannon M. Lynch, Esquire, counsel for the moving defendants, hereby certify that pursuant to L.R.D.Mass. 7.1(A)(2), I attempted to contact *pro se* plaintiff on July 28, 2004 and on July 30, 2004 to confer in good faith to resolve or narrow the issues presented by the within Motion.

              _____
              Shannon M. Lynch, Esq.

933210v1

3