SCANNED

DATE 8-10-04

BY: [illegible]

of Massachusetts

EMERGENCY

FILED

2004 AUG -9 P 1:19

U.S. DISTRICT COURT
DISTRICT OF MASS

EMERGENCY

Defendant

him to a facility within the [illegible] achusetts during [illegible] the above [illegible] the plaintiff

approx 400 miles [illegible]

2. The plaintiff [illegible]

9. [illegible] importance and [illegible] amounts [illegible]

10. [illegible] defendants would not be prejudiced in any way by [illegible].

[illegible] e hearing [illegible] The [illegible]

[illegible]

11 [illegible] and [illegible]

Wherefore, the plaintiff moves [illegible] of these two [illegible] is required [illegible] Due Process.

Signed under the [illegible]

They have all so been keeping him from seeing a pastor I tried to set up to give him religious council. Pastor Mary Woods called me last week to say she has called Miss. Hughes but has failed to get her in or have her return her calls. Robert has had the paperwork in place for her to visit. She is waiting to see when she can start visiting him. For him to practice his religion is so important now. He needs to keep his hope up.

I included many of the letters I sent within Robert's motion. I'm hopeful you will be able to place him somewhere he can receive the help he needs and to be able to be part of the general population and not fear for his life.

I would all so like to bring to your attention that I received a letter from Camille M. Davidson an attorney at the Fuller Law Firm. She said FCI Fairton refused to accept a package she was sending to Robert containing his legal files. He requested them and she was court ordered to send them to him at the prison. I am including a copy of that letter. I called her office to be told since the court ordered her to send them to Fairton they could not send them to me so they see the matter as closed. I see something very wrong with this. I have been told that it's a prisoner's right to receive correspondence from their attorney. He was never told why they refused his legal mail.

I beg the court to help my son in his time of need. I realize he needs to finish his time, but only request he be placed at a prison where he would be safe and can receive the help he so dearly needs. I want him to gain the skills that he needs so that he may never return to prison again.

If you need to speak to me I would be happy to hear from you. I do hope these papers help you with your difficult job at hand.

Signed under pains and penalties of perjury.

Karen Beckley

Signed this the 30 day of July 2004

Karen Beckley
277 Concord Rd.
Bedford, MA 01732
781 275-9394

cc: Warden Miner
cc: Robert Beckley
cc: ~~Camden~~ Court Clerk
Boston

# THE FULLER LAW FIRM

*A Professional Corporation*

Camille M. Davidson

July 8, 2004

Robert Beckley
No. 21828-057
FCI Fairton
P. O. Box 420
Fairton, NJ 08320

Re: U.S. v. Beckley
CR-02-331

Dear Robert:

I mailed your entire file to you on July 2, 2004. I did not charge you anything for the cost of copying the nearly 1000 pages or the $16.65 in postage. The box was returned to my office today and marked "refused". We consider the matter to be closed.

Very truly yours,

THE FULLER LAW FIRM, P.C.

By [signature]
Camille M. Davidson

212 South Tryon Street · Suite 1640 · Charlotte, North Carolina 28281
Telephone: (704) 344-0095 · Facsimile: (704) 344-0303

R. Beckley 21828-038
FCI Fairton
PO Box 420
Fairton, NJ 08320

8-02-04

Fuller Law Firm
Charlotte NC 28281

RE: my legal material / discovery

URGENT Matter

To whom it may concern:

I need all of my legal materials in your possession. Ms. Davidson was appointed to represent me on appeal. The appeal has been disposed of. I'm now working on a writ of certiorari to the U.S. SJC, but need these materials. Please send them ASAP to:

Karen Beckley
277 Concord RD
Bedford, MA 01730

Send it UPS. We will gladly pay shipping. It's needed ASAP! Thank you for your kind assistance. Please also confirm receipt of this letter.

Sincerely,

[signature]

Robert Beckley