


**MARICOPA COUNTY SHERIFF'S OFFICE**
Civil Process Section
102 West Madison Street
Phoenix, Arizona 85003-2292

ROBERT DAVID BECKLEY
vs.
BROWNING FERRIS INDUSTRIES

| | | |
|---|---|---|
| STATE OF ARIZONA ) | | Case #    0411906RWZ |
| ) ss. | | |
| County of Maricopa ) | | Docket #   C195745 |

S. TOMPKINS #S1164, BEING FIRST DULY SWORN ON OATH DEPOSES AND SAYS: THAT HE IS A CITIZEN OF THE UNITED STATES OVER THE AGE OF 21 YEARS; THAT HE HAS NO INTEREST WHATSOEVER IN THE WITHIN ENTITLED MATTER; THAT HE IS A REGULARLY APPOINTED DEPUTY SHERIFF OF MARICOPA COUNTY, ARIZONA, AND AS SUCH HAS THE POWER TO SERVE CIVIL PROCESSES WITHIN SAID COUNTY; THAT HE SERVED THE WITHIN SUMMONS IN A CIVIL CASE ON THE 20TH DAY OF JULY, 2004, ON THE WITHIN NAMED DEFENDANT THOMAS H. VAN WEELEN, BY DELIVERING TO GUNHILL HUMPHRIES, ALLIED WASTE INDUSTRIES LEGAL DEPARTMENT, AUTHORIZED TO ACCEPT SERVICE AT 15880 NORTH GREENWAY-HAYDEN LOOP, SUITE 100, SCOTTSDALE, ARIZONA AT 2:00 P.M., IN THE COUNTY OF MARICOPA, A COPY OF SAID SUMMONS IN A CIVIL CASE TO WHICH WAS ATTACHED A TRUE COPY OF THE VERIFIED COMPLAINT MENTIONED THEREIN.

Fees:

| | | | |
|---|---|---|---|
| 1 service........ $ | 16.00 | Joseph M. Arpaio | |
| 24 miles.......... | 57.60 | Maricopa County Sheriff | |
| 1 notary......... | 8.00 | | |
| | ---------- | By _____ #1164 | |
| Total | 81.60 | S. TOMPKINS, #S1164, Deputy Sheriff | |

Subscribed and sworn to before me this 27th Day of July, 2004

_____
Notary Public in and for the County of Maricopa - State of Arizona

A8004                                                                CVLF002


"OFFICIAL SEAL"
Deborah L. Sheline
Notary Public-Arizona
Maricopa County
My Comm. Expires 12/4/2005

OFFICE OF THE SHERIFF

MARICOPA COUNTY

102 W. MADISON STREET, PHOENIX, ARIZONA 85003-2292
(602) 876-1840

DATE 7-28-04

DOCKET NUMBER: 195745

TO: Robert Beckley

FROM: CIVIL PROCESS UNIT

SUBJECT: THE ENCLOSED PAPERS AND YOUR REFUND

PLEASE BE ADVISED THAT WE HAVE ENCLOSED YOUR PAPERS FOR SERVICE ALONG WITH THE AFFIDAVIT OF SERVICE/AFFIDAVIT OF NON-SERVICE. YOUR REFUND CHECK IN THE AMOUNT OF $ 118.40 IS FORTHCOMING.

# UNITED STATES DISTRICT COURT

District of __MASSACHUSETTS__

ROBERT DAVID BECKLEY

2004 AUG 10 P 2: 14

V.

**SUMMONS IN A CIVIL CASE**

BROWNING FERRIS
INDUSTRIES, ET AL.

CASE NUMBER: 04-11906-RWZ

TO: (Name and address of Defendant)

Mr. Thomas H. Van Weelen, CEO
BFI/Allied Waste Industries
15880 N. Greenway-Hayden Loop
Suite 100
Scottsdale, AZ 85260

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert David Beckley, pro se
c/o Karen Beckley
277 Concord
Bedford, MA 01730

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                   6/23/04
CLERK                                          DATE

(By) DEPUTY CLERK

