

[illegible]

FILED
2004 AUG 19 A 11:42
U.S. DISTRICT COURT
DISTRICT OF MASS

FILED
2004 AUG 19 A 11:42
U.S. DISTRICT COURT
DISTRICT OF MASS

[illegible]

*** [illegible]

[illegible] ***

---

[illegible]

[illegible] from which [illegible]

[illegible]

[illegible]

[illegible] Please [illegible]

[illegible]

and [illegible] The plaintiff [illegible]

not [illegible]

[illegible]

[illegible]

[illegible] not [illegible]

[illegible]

[illegible]

Th[illegible]

Addi[illegible] [illegible] defendan[illegible] [illegible] [illegible] 04 [illegible] [illegible] [illegible] [illegible]

[illegible] [illegible] [illegible] law enforcement [illegible]

[illegible] [illegible] [illegible] Defendan[illegible] [illegible]

[illegible] [illegible] [illegible] was indeed [illegible] [illegible] law [illegible] [illegible]

CONCLUSION

[illegible] [illegible] direct attempt [illegible] [illegible]

[illegible] causing [illegible]

[illegible] oral argument [illegible] attempt [illegible] the adjudication [illegible].

The [illegible] Court. [illegible]

WITHOUT [illegible] DISCUSSION.

[illegible]