UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT DAVID BECKLEY,<br>    Plaintiff<br><br>v.<br><br>BROWNING FERRIS INDUSTRIES ("BFI") OF NORTH AMERICA,<br>THOMAS H. VAN WEELEN CEO BFI OF NORTH AMERICA, IN HIS PROFESSIONAL AND INDIVIDUAL CAPACITIES,<br>PETER HUTCHINGS, TRUCK DRIVER BFI, NORTH AMERICA, IN HIS PROFESSIONAL AND INDIVIDUAL CAPACITIES,<br>GINO DUGAN, BFI GENERAL MANAGER IN HIS PROFESSIONAL AND INDIVIDUAL,<br>JOHN DOE,<br>    Defendants | DOCKET NO: 04-10906-RWZ |

### DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND ADDENDUM TO MEMORANDUM IN OPPOSITION

Now come the **Defendants, Thomas H. Van Weelden** (incorrectly named in the Plaintiff's complaint as "Thomas H. Van Weelen"), **Browning Ferris Industries of North America (so-called), Gino Dugan,** and **Peter Hutchings** and respectfully request this Honorable Court to strike **Plaintiff's Memorandum in Opposition to Defendant's Motion to Dismiss** and **Plaintiff's Addendum to Memorandum in Opposition** (hereinafter "Addendum").

935684v1

As reasons for this motion, the Defendants state the following:

1. Defendants electronically filed a Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) on **August 3, 2004**. Defendants served a copy of the motion on Plaintiff, a pro se litigant who is incarcerated, at his prison address pursuant to Fed.R.Civ. P. 5(b). Defendant also mailed a copy of the Motion to plaintiff's mother, Karen Beckley, of Bedford, Massachusetts, according to plaintiff's request in his complaint.

2. On **August 9, 2004**, Plaintiff filed a Memorandum in Opposition to Defendants' Motion to Dismiss with the Court. However, Plaintiff failed to comply with the service requirements outlined in Fed.R.Civ.P. 5(a) and (b) and the United States District Court for the District of Massachusetts Local Rule 5.2(a). The defendants received notice only because defense counsel received a Notice of Electronic Filing when the Clerk made a new docket entry. Because the hand-written, penciled filing was illegible when read on-line, it was necessary to travel to the courthouse to photocopy it.

3. On **August 19, 2004**, Plaintiff filed his so-called "Addendum." Again, plaintiff disregarded the service requirements set forth in Fed.R.Civ.P. 5(a) and (b) and the United States District Court for the District of Massachusetts Local Rule 5.2(a). The defendants received notice only because defense counsel received a Notice of Electronic Filing when the Clerk made a new docket entry. Once more, because the hand-written, penciled filing was illegible when read on-line, it was necessary to travel to the courthouse to photocopy it.

4. Further, plaintiff failed to seek leave of court prior to filing his "Addendum." According to United States District Court for the District of Massachusetts Local Rule 7.1(B)(3), "additional papers," such as Plaintiff's Addendum, "may be

935684v1

submitted only with leave of court." The plaintiff's failure to comply with the most basic of the Court's procedural requirements imposes an unnecessary and unfair burden on both the Court and counsel. Accordingly, the filings should be stricken.

5. Because Plaintiff's Memorandum in Opposition to Defendant's Motion to Dismiss and Plaintiff's Addendum should be stricken for procedural deficiencies, the defendants will not use any further court resources to address the substance of the issues set forth in Plaintiff's Memorandum and Addendum.

WHEREFORE, **Defendants, Thomas H. Van Weelden** (incorrectly named in the Plaintiff's complaint as "Thomas H. Van Weelen"), **Browning Ferris Industries of North America (so-called), Gino Dugan,** and **Peter Hutchings** and respectfully request this Honorable Court to **ALLOW** this motion and strike **Plaintiff's Memorandum in Opposition to Defendant's Motion to Dismiss** and **Plaintiff's Addendum to Memorandum in Opposition**.

    Defendants,
**Browning Ferris Industries ("BFI") of North America,
Thomas H. Van Weelden, CEO
Peter Hutchings and
Gino Dugan**
By their Attorneys,


/s/ *Lee Stephen MacPhee*
Lee Stephen MacPhee BBO#312400
Shannon M. Lynch BBO #630943
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA  02210
(617) 439-7500

3

935684v1