US District Court
District of Massachusetts

Robert Beckley — Plaintiff

v.

BFI, et al — Defendant

Motion to Amend Judgement Demands

1:04-CV-10906-RWZ

Now comes the Plaintiff, who respectfully moves this court to amend the judgement demands as to Counts 3, 4, 5, 7, 8 to $10,000,000 as to each said count for actual, special, general, and compensatory damages against all defendants. Punitive damages are still demanded and the amount will be set at time of trial.

Wherefore, the Plaintiff moves this court to amend his judgement demands as to counts 3, 4, 5, 7, 8 to $10,000,000 as to each count for actual, special, general, and compensatory damages while punitive damage demands will be set at time of trial as to these counts.

Service

The foregoing motion has been served to compliance with notification...

Date

Respectfully submitted,

Robert Beckley, Pro Se