UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT DAVID BECKLEY,<br>    Plaintiff<br><br>v.<br><br>BROWNING FERRIS INDUSTRIES<br>("BFI") OF NORTH AMERICA,<br>THOMAS H. VAN WEELEN CEO BFI OF<br>NORTH AMERICA, IN HIS<br>PROFESSIONAL AND INDIVIDUAL<br>CAPACITIES,<br>PETER HUTCHINGS, TRUCK DRIVER<br>BFI, NORTH AMERICA, IN HIS<br>PROFESSIONAL AND INDIVIDUAL<br>CAPACITIES,<br>GINO DUGAN, BFI GENERAL<br>MANAGER IN HIS PROFESSIONAL<br>AND INDIVIDUAL,<br>JOHN DOE,<br>    Defendants | DOCKET NO: 04-10906-RWZ |

## DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S MOTION
## TO AMEND JUDGMENT DEMANDS

Now come the **Defendants, Thomas H. Van Weelden** (incorrectly named in the Plaintiff's complaint as "Thomas H. Van Weelen"), **Browning Ferris Industries of North America (so-called), Gino Dugan,** and **Peter Hutchings** and respectfully request this Honorable Court to strike **Plaintiff's "Motion to Amend Judgment Demands"**.

As reasons for this motion, the Defendants state the following:

1.    Plaintiff articulates no factual or legal basis to substantiate his "Motion to Amend Judgment Demands".

941518v1

2. Plaintiff failed to seek leave of court prior to filing his Motion to Amend Judgment Demands. According to United States District Court for the District of Massachusetts Local Rule 7.1(B)(3), "additional papers" such as plaintiff's motion, "may be submitted only with leave of court."

WHEREFORE, **Defendants, Thomas H. Van Weelden** (incorrectly named in the Plaintiff's complaint as "Thomas H. Van Weelen"), **Browning Ferris Industries of North America (so-called), Gino Dugan,** and **Peter Hutchings** respectfully request this Honorable Court to **STRIKE** Plaintiff's Motion to Amend Judgment Demands.

Defendants,
**Browning Ferris Industries ("BFI") of North America,
Thomas H. Van Weelden, CEO
Peter Hutchings and
Gino Dugan**
By their Attorneys,

/s/ *Shannon M. Lynch*
Lee Stephen MacPhee BBO#312400
Shannon M. Lynch BBO #630943
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

### CERTIFICATE OF SERVICE

I certify that this document has been served upon plaintiff in compliance with F.R.C.P. by mailing a copy this 29th day of November, 2004 to:

Robert David Beckley
c/o Karen Beckley
277 Concord Road
Bedford, MA 01730

/s/ *Shannon M. Lynch*
Shannon M. Lynch

941518v1