3-24-05

FILED
IN CLERKS OFFICE

2005 MAR 28 P 3:01

U.S. DISTRICT COURT
DISTRICT OF MASS

Jay Johnson
Clerk's office
U.S. ~~Court of App~~ District Court
One Courthouse way
Boston, MA  02210

RE:   Beckley v. BFI, et al; 04-cv-10906-RWZ
      Beckley v. City of Boston, et al  04-cv-10909-RWZ

Dear Mr. Johnson:

I have recieved a copy of the filing of the notice of appeal as to 04-cv-10909-RWZ, but have not recieved notice of confirmation of the filing of my notice of appeal as to 04-cv-10906-RWZ.

Judge Zobel wrote a single memorandum for ~~both~~ cases. I sent you 2 notices of Appeal. Neither myself, nor counsel for BFI have been notified that you have docketed any notice of Appeal as to 04-cv-10906-RWZ.

It may be an error on your part since the Court released one order for both cases. Please correct this matter.

Second, I am an inmate at a federal

prison; and therefore, do not have internet access! Please send me a copy of the transcript order forms, the address to the 1st circuit and 2 applications for IFP. I will need an extension in which to file the transcript forms.

Thank you for your time and attention to this matter.

sincerely,

[signature]

Robert Beckley
Pro Se
FCI Fairton
PO Box 420
Fairton, NJ 08320

cc: Shannon Lynch, Esq.
BFI Counsel