UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT DAVID BECKLEY,<br>    Plaintiff<br><br>v.<br><br>BROWNING FERRIS INDUSTRIES ("BFI") OF NORTH AMERICA, THOMAS H. VAN WEELEN CEO BFI OF NORTH AMERICA, IN HIS PROFESSIONAL AND INDIVIDUAL CAPACITIES, PETER HUTCHINGS, TRUCK DRIVER BFI, NORTH AMERICA, IN HIS PROFESSIONAL AND INDIVIDUAL CAPACITIES, GINO DUGAN, BFI GENERAL MANAGER IN HIS PROFESSIONAL AND INDIVIDUAL, JOHN DOE,<br>    Defendants | DOCKET NO: 04-10906-RWZ |

**MOTION OF THE DEFENDANT, PETER HUTCHINGS, TO STRIKE PLAINTIFF'S NOTICE OF APPEAL**

Now comes the Defendant, Peter Hutchings, and hereby moves this Honorable Court to Strike the Plaintiff's Notice of Appeal dated March 28, 2005. As reasons therefore, the Defendant states the following:

1. On March 3, 2005, Judge Zobel issued an Order allowing the Defendants' Motion to Dismiss all Counts against BFI, Thomas Van Weelden, Gino Dugan, and "John Doe," as well as Defendant's Motion to Dismiss Counts I and VI against Peter Hutchings.

948639v1

2. However, most of plaintiff's claims against Peter Hutchings, including Counts II through V, VII, and VIII, are still pending against Defendant, Hutchings.

3. In general, an appeal by right may only be taken from a final decision or judgment of a District Court. 28 U.S.C. §1291. An order of the District Court which is not final, is not subject to Appellate Review, and the Court of Appeals has no jurisdiction to review the same. Kadar Corp. v. Milbury, 549 F.2d.230, 236 (1st Cir., 1977).

4. Pursuant to Federal Rule of Civil Procedure 54(b), "any order or other form of decision, however designated, which adjudicates fewer than all the claims or the rights and liabilities of fewer than all the parties" is not considered a final judgment.

5. The Court's Order of March 3, 2005 is not a final decision of the District Court because it does not completely dispose of plaintiff's action. Plaintiff has numerous pending claims against Defendant, Peter Hutchings. Therefore, Plaintiff is not entitled to take an appeal by right from the order. 28 U.S.C. §1291.

Wherefore, for the reasons stated above, Defendant, Peter Hutchings, hereby requests this Honorable Court to **ALLOW** his motion and strike Plaintiff's Notice of Appeal dated March 28, 2005.

Defendant,
**Peter Hutchings**
By his Attorneys,

*/s/ Lee Stephen MacPhee*
Lee Stephen MacPhee BBO#312400
Shannon M. Lynch BBO #630943
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

948639v1

## CERTIFICATE OF SERVICE

      I certify that this document has been served upon plaintiff in compliance with F.R.C.P. by mailing a copy this 29th day of March, 2005 to:

Robert David Beckley
c/o Karen Beckley
277 Concord Road
Bedford, MA  01730

                                */s/ Lee Stephen MacPhee*
                                Lee Stephen MacPhee

948639v1