US District Court
District of Massachusetts

FILED
CLERKS OFFICE

2005 APR -6 P 12: 41

U.S. DISTRICT COURT
DISTRICT OF MASS.

Robert Beckley
— Plaintiff

v.

Browning Ferris Industries, et al
— Defendants

NOTICE OF APPEAL TO 1ST CIRCUIT

04-cv-10906-RWZ

The Plaintiff hereby gives his timely NOTICE OF Appeal as to the court's order of dismissal of 3/3/05 in the above entitled matter to the 1st Circuit U.S. Court of Appeals this the 8th day of March 2005.

Please note that I am a prisoner confined in an institution and have placed this NOTICE OF Appeal in the prison's mailbox to be delivered to the court on this the 8th day of March 2005; and therefore it must be deemed as timely.

Signed this the 8th day of March 2005 under the pains and penalties of perjury. Pursuant to 28 USC § 1742

cc: Shannon Lynch, esq.

Robert Beckley, Pro se Plaintiff
FCI Fairton, PO Box 420
Fairton, NJ 08320