UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-10906

Robert Beckley

v.

Browning Ferris Industries of America

### CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 4/1/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on April 8, 2005.

Sarah A. Thornton, Clerk of Court

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 4/8/05 .

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:04-cv-10906-RWZ

Beckley v. Browning Ferris Industries et al
Assigned to: Judge Rya W. Zobel
Demand: $17000000
Cause: 42:1983 Civil Rights Act

Date Filed: 05/04/2004
Jury Demand: Defendant
Nature of Suit: 360 P.I.: Other
Jurisdiction: Diversity

## Plaintiff

**Robert David Beckley**     represented by     **Robert David Beckley**
C/O Karen Beckley
277 Concord Rd.
Bedford, MA 01730
PRO SE

V.

## Defendant

**Browning Ferris Industries**     represented by     **Lee S. MacPhee**
*"BFI" of North America*
*TERMINATED:*
*03/02/2005*
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
617-439-7500
Fax: 617-439-7900
Email: lmacphee@morrisonmahoney.com

*ATTORNEY TO BE NOTICED*

**Shannon M. Lynch**
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210

|  | 617-439-7500<br>Fax: 617-342-4939<br>Email:<br>slynch@morrisonmahoney.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Thomas H. Van Weelen**
*CEO of BFI of North America, in his individual and professional capacities*
*TERMINATED: 03/02/2005*

represented by **Lee S. MacPhee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shannon M. Lynch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Peter Hutchings**
*truck driver BFI, North America, in his professional and individual capacities*

represented by **Lee S. MacPhee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shannon M. Lynch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Gino Dugan**
*BFI General Manager in his professional and individual capacities*
*TERMINATED: 03/02/2005*

represented by **Lee S. MacPhee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shannon M. Lynch**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
|  |  |  |

| | | |
|---|---|---|
| 05/04/2004 | 1 | MOTION for Leave to Proceed in forma pauperis by Robert David Beckley.(Jenness, Susan) (Entered: 05/07/2004) |
| 05/04/2004 | 2 | COMPLAINT, filed by Robert David Beckley. (Jenness, Susan) (Entered: 05/07/2004) |
| 05/07/2004 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Alexander. (Jenness, Susan) (Entered: 05/07/2004) |
| 05/07/2004 | | Case undergoing preliminary screening (Jenness, Susan) (Entered: 05/07/2004) |
| 05/28/2004 | 3 | Judge Rya W. Zobel : ORDER entered denying without prejudice 1 Motion for Leave to Proceed in forma pauperis. Plaintiff is granted an additional 42-days from the date of this Order to supplement his applications with his trust fund account statement. Copies of Application to Proceed Without Prepayment of Fees and Affidavit mailed to plaintiff with a copy of this Order. (Morse, Barbara) (Entered: 05/28/2004) |
| 05/28/2004 | | Set Deadlines/Hearings: Filing of new applications to proceed without prepayment of fees with a copy of plaintiff's certified prison account statement due by 7/9/2004. (Morse, Barbara) (Entered: 05/28/2004) |
| 06/04/2004 | | Filing fee: $ 150.00, receipt number 56514 regarding Filing Fee (Check received in the amount of $300.00 for CA 04-10906-RWZ and CA 04-10909-RWZ to be applied towards both filing fees). (Jenness, Susan) (Entered: 06/14/2004) |
| 06/14/2004 | | File forwarded for screening (Jenness, Susan) (Entered: 06/14/2004) |
| 06/14/2004 | | Receipt for filing fee mailed to mailing address for plaintiff (Jenness, Susan) (Entered: 06/14/2004) |
| 06/17/2004 | 5 | Letter/request (non-motion) from Plaintiff for status of |

| | | |
|---|---|---|
| | | case. Copy of updated docketed mailed to plaintiff via us mail. (Jenness, Susan) (Entered: 06/28/2004) |
| 06/23/2004 | 4 | Judge Rya W. Zobel : ORDER entered. The Clerk shall issue summonses for each of the named defendants in each of these actions and shall forward the summonses to plaintiff so that he may effect service of the complaint on the defendants in accordance with Fed. R. Civ. 4. For purposes of Fed. R. Civ. P. 4(m), service of the summons and complaint shall be completed within 120 days of the date the summonses are issued. (Weissman, Linn) (Entered: 06/23/2004) |
| 06/23/2004 | | Summons Issued as to Browning Ferris Industries, Gino Dugan, Peter Hutchings, and Thomas H. Van Weelen. (Weissman, Linn) (Entered: 06/23/2004) |
| 07/09/2004 | 6 | MOTION for Leave to Proceed in forma pauperis by Robert David Beckley.(Forwarded for consideration) (Jenness, Susan) (Entered: 07/13/2004) |
| 07/19/2004 | 7 | Judge Rya W. Zobel : ORDER entered denying 6 Motion for Leave to Proceed in forma pauperis as moot because plaintiff has already paid the filing fee. (Weissman, Linn) (Entered: 07/19/2004) |
| 07/21/2004 | | Summons Reissued as to Gino Dugan, Peter Hutchings. Given to plaintiffs mother at pro se intake with USM 285 forms, Rule 4.1 and US marshal service information letter (Jenness, Susan) (Entered: 07/21/2004) |
| 07/21/2004 | | SUMMONS Returned Executed for Peter Hutchings, served on 7/13/2004, answer due 8/2/2004. (Weissman, Linn) (Entered: 07/23/2004) |
| 07/23/2004 | | Remark: The summonses issued by the deputy clerk on June 23, 2004, contained a typographical error in the case number for this action, listing it as 04-11906-RWZ rather than 04-10906-RWZ. Because |

|            |     |                                                                                                                                                                         |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |     | summonses were re-issued for the remaining defendants, a copy of this remark will be sent only to plaintiff and Mr. Hutchings. (Weissman, Linn) (Entered: 07/23/2004) |
| 07/28/2004 | 8   | SUMMONS Returned Executed Browning Ferris Industries served on 7/15/2004, answer due 8/4/2004. (Johnson, Jay) (Entered: 08/03/2004)                                    |
| 07/28/2004 | 9   | SUMMONS Returned Executed Gino Dugan served on 7/15/2004, answer due 8/4/2004. (Johnson, Jay) (Entered: 08/03/2004)                                                     |
| 08/03/2004 | 10  | ANSWER to Counts 2,3,4,5,7 and 8 to Complaint with Jury Demand by Peter Hutchings.(Johnson, Jay) (Entered: 08/04/2004)                                                  |
| 08/03/2004 | 11  | MOTION to Dismiss by Peter Hutchings.(Johnson, Jay) (Entered: 08/04/2004)                                                                                               |
| 08/03/2004 | 12  | MEMORANDUM in Support re 11 MOTION to Dismiss filed by Peter Hutchings. (Johnson, Jay) (Entered: 08/04/2004)                                                            |
| 08/09/2004 | 13  | MEMORANDUM in Opposition re 11 MOTION to Dismiss filed by Robert David Beckley. (Johnson, Jay) (Entered: 08/10/2004)                                                    |
| 08/09/2004 | 14  | EMERGENCY MOTION for Order to transfer plaintiff to facility closer to this court by Robert David Beckley.(Johnson, Jay) (Entered: 08/12/2004)                          |
| 08/10/2004 | 15  | SUMMONS Returned Executed Thomas H. Van Weelen served on 7/27/2004, answer due 8/16/2004. (Johnson, Jay) (Entered: 08/12/2004)                                          |
| 08/19/2004 | 16  | NOTICE of Addendum by Robert David Beckley re 13 Memorandum in Opposition to Motion (Johnson, Jay) (Entered: 08/20/2004)                                                |
| 08/20/2004 | 17  | Letter/request (non-motion) from Robert Beckley request for allowance of Habeas Corpus. (Pleading in                                                                    |

| | | |
|---|---|---|
| | | Pencil). (Johnson, Jay) (Entered: 08/23/2004) |
| 08/20/2004 | 18 | Letter/request (non-motion) from Robert Beckley regarding status of case. (Pleading in Pencil)(Johnson, Jay) (Entered: 08/23/2004) |
| 08/23/2004 | 19 | Letter/request (non-motion) from Robert Beckley Regarding status of case. (Pleading filed in Pencil) (Johnson, Jay) (Entered: 08/24/2004) |
| 08/25/2004 | 20 | MOTION to Strike 16 Notice (Other) *Plaintiff's Memorandum in Opposition to Defendants' Motion to Dismiss and Addendum to Memorandum in Opposition* by Browning Ferris Industries, Gino Dugan, Peter Hutchings, Thomas H. Van Weelen. (MacPhee, Lee) (Entered: 08/25/2004) |
| 09/02/2004 | 21 | RESPONSE to Motion re 20 MOTION to Strike 16 Notice (Other) *Plaintiff's Memorandum in Opposition to Defendants' Motion to Dismiss and Addendum to Memorandum in Opposition* filed by Robert David Beckley. (Johnson, Jay) (Pleading not Scanned as it is in Pencil) Modified on 9/3/2004 (Johnson, Jay). (Entered: 09/03/2004) |
| 09/02/2004 | 22 | MOTION for Leave to File addendum to plaintiffs memorandum in opposition to defendants motin to dismiss by Robert David Beckley.(Pleading not scanned because it is filed in pencil)(Johnson, Jay) (Entered: 09/03/2004) |
| 09/07/2004 | 23 | MOTION for Leave to File addendum to plaintiffs memorandum in opposition to defendants motion to dismiss by Robert David Beckley. (Pleading not scanned because it is in pencil)(Johnson, Jay) (Entered: 09/09/2004) |
| 09/07/2004 | 24 | REPLY to Response to Motion re 20 MOTION to Strike 16 Notice (Other) *Plaintiff's Memorandum in Opposition to Defendants' Motion to Dismiss and Addendum to Memorandum in Opposition* filed by |

|  |  | Robert David Beckley. (Pleading not scanned because it is in pencil) (Johnson, Jay) (Entered: 09/09/2004) |
|---|---|---|
| 11/17/2004 | 25 | MOTION to Amend Judgment by Robert David Beckley.(Johnson, Jay) (Entered: 11/18/2004) |
| 11/29/2004 | 26 | MOTION to Strike 25 MOTION to Amend *Judgment Demands* by Browning Ferris Industries, Gino Dugan, Peter Hutchings, Thomas H. Van Weelen.(Lynch, Shannon) (Entered: 11/29/2004) |
| 12/09/2004 | 27 | MOTION to Strike 26 MOTION to Strike 25 MOTION to Amend *Judgment Demands* by Robert David Beckley.(Johnson, Jay) (Entered: 12/13/2004) |
| 03/02/2005 | 28 | Judge Rya W. Zobel : Memorandum of DecisionORDER entered granting 11 Motion to Dismiss. Accordingly, defendants' motion to dismiss all counts is allowed as to BFI, Thomas Van Weelden, Gino Dugan and John Does; defendants' motion to dismiss Counts 1 and 6 as against Peter Hutchings is allowed; Counts 2-5, 7 & 8 remain against defendant Hutchings. (Urso, Lisa) (Entered: 03/03/2005) |
| 03/14/2005 |  | Judge Rya W. Zobel : electronicORDER entered denying 14 Motion for Order, denying 20 Motion to Strike (Urso, Lisa) (Entered: 03/14/2005) |
| 03/28/2005 | 29 | Letter/request (non-motion) from Robert Beckley regarding confirmation of notice of appeal. (Johnson, Jay) (Entered: 03/29/2005) |
| 03/29/2005 | 30 | MOTION to Strike 29 Letter/request (non-motion) *Plaintiff's Notice of Appeal* by Peter Hutchings. (MacPhee, Lee) (Entered: 03/29/2005) |
| 04/01/2005 | 31 | NOTICE OF APPEAL as to Order on Motion for Order, Order on Motion to Strike, 28 Order on Motion to Dismiss, by Robert David Beckley. $ 255 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court |

| | | of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 4/26/2005. (Johnson, Jay) (Entered: 04/06/2005) |
|---|---|---|