US DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 APR 11 P 2:43

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| Robert Beckley<br>— Plaintiff<br><br>V.<br><br>Browning Ferris Industries, et al<br>— Defendants | Response to Defendant Hutchings "Motion to Strike" Notice of Appeal<br><br>04-CV-10906-RWZ<br>JUDGE Rya Zobel |

On or about 3-29-05, Defendant Hutchings, through counsel moved to strike the plaintiffs NOTICE OF APPEAL of this court's order of 3-2-05.

However, on 3-11-05, the plaintiff _pro se_, who is presently incarcerated, moved for reconsideration pursuant to FRCvP 60(b) "or other applicable [local rule etc.] statute", and placed the motion in the prison mail system.

Although the _pro se_ plaintiff was unaware that a motion pursuant to 60(b) tolls the time to file a notice of appeal, it clearly does; and therefore, the NOTICE OF APPEAL is to be held in abeyance pending the disposition of the 60(b) motion. Thus, in light of the pending 60(b) motion, the defendants motion is MOOTED; and therefore, should be DENIED.

Signed this the 6th day of April 2005 under pains & penalties of perjury pursuant to 28§1746

Respectfully Submitted,

*[signature]*

Robert Beckley, Pro Se
FCI Fairton
PO Box 420
Fairton, NJ 08320

## CERTIFICATE OF SERVICE

The foregoing pleading was placed in the prison mail box at FCI Fairton, postage prepaid, addressed to counsel of record, Shannon Kennedy, in compliance with FRCvP 5 (a)+(b) on this date.

*[signature]*

Robert Beckley
Pro Se