UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ROBERT DAVID BECKLEY,<br>    Plaintiff<br><br>v.<br><br>BROWNING FERRIS INDUSTRIES ("BFI") OF NORTH AMERICA, THOMAS H. VAN WEELEN CEO BFI OF NORTH AMERICA, IN HIS PROFESSIONAL AND INDIVIDUAL CAPACITIES, PETER HUTCHINGS, TRUCK DRIVER BFI, NORTH AMERICA, IN HIS PROFESSIONAL AND INDIVIDUAL CAPACITIES, GINO DUGAN, BFI GENERAL MANAGER IN HIS PROFESSIONAL AND INDIVIDUAL, JOHN DOE,<br>    Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | DOCKET NO: 04-10906-RWZ |

**WITHDRAWAL OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please withdraw the undersigned as counsel for defendant, Peter Hutchings, in the above-captioned action.

/s/ *Shannon M. Lynch*
Shannon M. Lynch
**MORRISON MAHONEY LLP**
BBO #630943
250 Summer Street
Boston, MA 02210
(617) 439-7500

933210v1

## CERTIFICATE OF SERVICE

I certify that this document has been served upon the plaintiff in compliance with F.R.C.P. this 4th day of May, 2005, by mailing a copy this day to:

Robert David Beckley
c/o Karen Beckley
277 Concord Road
Bedford, MA  01730

/s/ *Shannon M. Lynch*
Shannon M. Lynch