UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT DAVID BECKLEY,<br>    Plaintiff<br><br>v.<br><br>BROWNING FERRIS INDUSTRIES<br>("BFI") OF NORTH AMERICA,<br>THOMAS H. VAN WEELEN CEO BFI OF<br>NORTH AMERICA, IN HIS<br>PROFESSIONAL AND INDIVIDUAL<br>CAPACITIES,<br>PETER HUTCHINGS, TRUCK DRIVER<br>BFI, NORTH AMERICA, IN HIS<br>PROFESSIONAL AND INDIVIDUAL<br>CAPACITIES,<br>GINO DUGAN, BFI GENERAL<br>MANAGER IN HIS PROFESSIONAL<br>AND INDIVIDUAL,<br>JOHN DOE,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     DOCKET NO: 04-10906-RWZ |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as counsel for the defendant, Peter Hutchings, in the above-captioned action.

/s/ *Judith A. Leggett*
Judith A. Leggett, BBO# 635346
**MORRISON MAHONEY LLP**
250 Summer Street
Boston, MA 02210
(617) 439-7500

951403v1

**CERTIFICATE OF SERVICE**

I certify that this document has been served upon the plaintiff in compliance with F.R.C.P. this 6th day of May, 2005, by mailing a copy this day to:

Robert David Beckley
c/o Karen Beckley
277 Concord Road
Bedford, MA  01730

_/s/ Judith A. Leggett_
Judith A. Leggett

2