**MANDATE**

# United States Court of Appeals
## For the First Circuit

04-10906
USDC/MA
Judge Zobel

No. 05-1530

ROBERT DAVID BECKLEY

Plaintiff - Appellant

v.

BROWNING FERRIS INDUSTRIES ("BFI") OF NORTH AMERICA;
THOMAS H. VAN WEELDEN, CEO, BFI of North America,
in his Professional and Individual Capacities; PETER
HUTCHINGS, Truck Driver, BFI of North America, in his
Professional and Individual Capacities; GINO DUGAN,
General Manager, BFI of North America, in his Professional
and Individual Capacities; JOHN DOES

Defendants - Appellees

**JUDGMENT**

Entered: June 1, 2005

Upon consideration of appellant's unopposed motion,

It is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:
Richard Cushing Donovan, Clerk

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

_Susan Pedrosa_
Deputy Clerk

JULIE GREGG

By: _____
Operations Manager

Date: 6-1-05

[cc: Robert David Beckley, Lee S. MacPhee, Esq. and Shannon M. Lynch, Esq.]