District of MASS.

| | |
|---|---|
| Robert Beckley, <br> - Plaintiff <br><br> v. <br><br> BFI, et al, <br> - Defendants | • Motion to Reconsider pleading <br> #38 de novo due to error of court <br><br><br> 04-CV-10906-RWZ <br> Judge Zobel |

Now comes the plaintiff, Robert Beckley pro se, and does hereby move this court to reconsider its denial of plaintiffs motion to amend complaint de novo because this court denied said motion because "As this case is still in the Court of Appeals, this court is without authority to act" when in fact the mandate had issued thereby returning jurisdiction over this case prior to the courts denial of Plaintiffs motion. See attached exhibits.

Therefore, this court erred in denying the motion, and as such, should perform a de novo review of plaintiffs motion whereas resubmitting a new motion would only further delay the proceedings.

Wherefore, the plaintiff, having shown good cause, hereby moves this court to reconsider plaintiffs motion to amend [38] de novo due to excusable neglect and error of the court, and that same should be ALLOWED. Signed this the 16th of June 2005,

(Asterisk)

The foregoing motion has been served upon counsel of record on this date in compliance with FRCvP 5(a)(b).

Respectfully Submitted,

Robert Beckley, Pro Se

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Urso, Lisa entered on 6/1/2005 at 1:20 PM EDT and filed on 6/1/2005
Case Name:     Beckley v. Browning Ferris Industries et al
Case Number:   1:04-cv-10906
Filer:
Document Number:

Docket Text:
Judge Rya W. Zobel : endorsedORDER entered denying [38] Motion for Leave to File amended complaint. As this case is still in the Court of Appeals, this court is without authority to act on the motion. (Urso, Lisa)

The following document(s) are associated with this transaction:

1:04-cv-10906 Notice will be electronically mailed to:

Judith A. Leggett     jleggett@morrisonmahoney.com

Shannon M. Lynch     slynch@morrisonmahoney.com

Lee S. MacPhee     lmacphee@morrisonmahoney.com

1:04-cv-10906 Notice will not be electronically mailed to:

Robert David Beckley
C/O Karen Beckley
277 Concord Rd.
Bedford, MA 01730

# MANDATE

# United States Court of Appeals
## For the First Circuit

04-10906
USDC/MA
Judge Zobel

No. 05-1530

ROBERT DAVID BECKLEY

Plaintiff - Appellant

v.

BROWNING FERRIS INDUSTRIES ("BFI") OF NORTH AMERICA;
THOMAS H. VAN WEELDEN, CEO, BFI of North America,
in his Professional and Individual Capacities; PETER
HUTCHINGS, Truck Driver, BFI of North America, in his
Professional and Individual Capacities; GINO DUGAN,
General Manager, BFI of North America, in his Professional
and Individual Capacities; JOHN DOES

Defendants - Appellees

## JUDGMENT

**Entered: June 1, 2005**

Upon consideration of appellant's unopposed motion,

It is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

_____
Deputy Clerk

Date: 6-1-05

By the Court:
Richard Cushing Donovan, Clerk

**JULIE GREGG**

By: _____
Operations Manager

[cc: Robert David Beckley, Lee S. MacPhee, Esq. and Shannon M. Lynch, Esq.]