UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10906-RWZ

ROBERT DAVID BECKLEY

v.

BROWNING FERRIS INDUSTRIES, et al.

ORDER

September 7, 2005

ZOBEL, D.J.

As a result of an automobile accident and its somewhat confused and strange sequellae, plaintiff sued his employer and several co-employees. The Court allowed defendants' motion to dismiss except for six counts against Peter Hutchings. Plaintiff appealed, but then voluntarily dismissed the appeal. Several motions remained in limbo and are addressed below.

<u>Plaintiff's motion for leave to file addendum to his opposition to the motion to dismiss</u> (#22 on the docket)

The motion is denied as moot.

<u>Plaintiff's motion to amend judgment demands</u> (#25 on the docket)

This is effectively a motion to amend the complaint to increase the ad damnum. It is denied, since the case has largely disappeared and because the proposed amendment is so out of proportion as to be futile.

<u>Defendants' motion to strike plaintiff's motion to amend</u> (#26 on the docket) and

<u>Plaintiff's motion to strike defendants' motion to strike</u> (#27) on the docket)

Both motions are denied as moot.

<u>Plaintiff's motion for reconsideration of the order denying his motion for leave to file an amended complaint</u> (#42 on the docket)

The motion is denied as the amendment is not comprehensible.

|  |  |
|---|---|
| _____<br>DATE | /s/ Rya W. Zobel<br>RYA W. ZOBEL<br>UNITED STATES DISTRICT JUDGE |