UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT DAVID BECKLEY,<br>    Plaintiff,<br><br>v.<br><br>BROWNING FERRIS INDUSTRIES<br>("BFI") OF NORTH AMERICA,<br>THOMAS H. VAN WEELEN CEO BFI OF<br>NORTH AMERICA, IN HIS<br>PROFESSIONAL AND INDIVIDUAL<br>CAPACITIES, PETER HUTCHINGS,<br>TRUCK DRIVER BFI, NORTH<br>AMERICA, IN HIS PROFESSIONAL<br>AND INDIVIDUAL CAPACITIES,<br>GINO DUGAN, BFI GENERAL<br>MANAGER IN HIS PROFESSIONAL<br>AND INDIVIDUAL,<br>JOHN DOE,<br>    Defendants. | DOCKET NO: 04-10906-RWZ |

### AFFIDAVIT OF JUDITH A. LEGGETT

I, Judith A. Leggett, do hereby depose as follows:

1. The statements made in this Affidavit are based upon personal knowledge and are known by me to be true and I am competent to testify to same.

2. I am counsel of record for the defendant, Peter Hutchings.

3. I am licensed to practice before the Courts of this Commonwealth and the U.S. District Court for the District of Massachusetts.

4. After this lawsuit was filed, contact was made with the plaintiff by correspondence sent in care of Karen Beckley at 277 Concord Road, Bedford, Massachusetts 01730, which was the method designated by plaintiff while he was incarcerated.

1008891v1

5. The last correspondence I received from plaintiff was dated November 6, 2005. A true and accurate copy of said November 6, 2005 correspondence is attached hereto as Exhibit A.

6. In his November 6, 2005, letter, the plaintiff stated that he would be released from prison on December 1, 2005 and that he would contact me after his release. (See Exhibit A)

7. On December 27, 2005, I received a phone call from the plaintiff, stating he was released from prison, however, we were unable to conclude our conversation as the plaintiff stated he had to leave and that he would call me the next day to continue our conversation.

8. Plaintiff did not contact me after the December 27, 2005, telephone conversation.

9. On May 16, 2006, I sent a letter to the plaintiff in care of Karen Beckley at 277 Concord Road, Bedford, Massachusetts 01730, requesting that plaintiff provide me with his dates of availability to schedule a status conference with the Court. A true and accurate copy of said May 16, 2006, letter is attached hereto as Exhibit B.

10. On June 7, 2006, I received a phone call from a women who stated she was plaintiff's mother, Karen Beckley and that she had received my May 16, 2006 letter.

11. Plaintiff's mother informed me that after the plaintiff had been released from prison he had resided at a halfway house and that three months before the plaintiff was to be released from the halfway house, he fled the halfway house and his whereabouts are unknown.

12. Subsequent to December 27, 2005, to date, I have not spoken with or been contacted by the plaintiff.

13. I do not know of Plaintiff's current whereabouts or how to contact him.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 16th DAY OF JUNE, 2006.

                               ___/s/ Judith A. Leggett_____
                                Judith A. Leggett