# EXHIBIT A

11/6/05

Judith A. Leggett, esq.
Morrison Mahoney LLP
Counselors at Law
250 Summer Street
Boston, MA  02210-1181

RE:   Beckley v. BFI, Peter Hutchings,  04-cv-10906,
      @ USDC D. MASS

Dear Ms. Leggett:

   Due to circumstances beyond my control, I was unable to call on 11/4.

   In light of my release date of 12/1, and the craziness associated with it (eg paperwork etc.), it would not be practical to discuss this matter until after that date.

   Therefore, I will contact you at your office as soon thereafter as possible to attempt to resolve and settle the matters in dispute which would be — in light of the facts of this case — mutually beneficial.

   Thank you for your time and attention to this matter.

                                            Sincerely,

                                            Robert Beckley  Pro Se.