UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT DAVID BECKLEY
        Plaintiff

   V.                                                      CIVIL ACTION

PETER HUTCHINGS                                NO. 04CV10906-RWZ
        Defendant

**JUDGMENT**

ZOBEL, D. J.

   In accordance with the MEMORANDUM OF DECISION entered 3/2/05; and the endorsement on 7/13/06;

   JUDGMENT is entered DISMISSING the case.

                                          By the Court,

7/14/06                                              s/ Lisa A. Urso
Date                                                 Deputy Clerk